**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JULIAN J. PARDINI, SB# 133878
   Email: Julian.Pardini@lewisbrisbois.com
ROGER S. RAPHAEL, SB# 111946
   Email: Roger.Raphael@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882
Attorneys for Defendants TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

**GCA LAW PARTNERS LLP**
KATHRYN C. CURRY (SBN 157099)
   Email: Kcurry@gcalaw.com
E. DAVID MARKS (SBN 136567)
   Email: Dmarks@gcalaw.com
2570 W. El Camino Real, Suite 510
Mountain View, CA  94040
Telephone:  (650) 428-3900
Facsimile:  (650) 428-3901
Attorney for Plaintiffs
The NORTHERN CALIFORNIA GOLF ASSOCIATION and POPPY HOLDING, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| THE NORTHERN CALIFORNIA GOLF ASSOCIATION, a California Corporation; POPPY HOLDING, INC., a California Corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation; and DOES 1 through 50,<br><br>Defendant. | CASE NO. 15-CV-3273 NC<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Initial Case Management Conference<br><br>Date: February 10, 2016<br>Time: 10:00 a.m.<br>Ctrm: 7, 4th Floor<br>Judge: Honorable Nathanael Cousins |

Plaintiffs THE NORTHERN CALIFORNIA GOLF ASSOCIATION and POPPY HOLIDING, INC. (collectively "Plaintiffs") and Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Defendant" or "Travelers") (collectively the "Parties") hereby submit

the following updated Joint Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

## I. Settlement

The facts and contentions of the Parties in this insurance coverage dispute are as set forth in their prior Joint Case Management Statement dated October 7, 2015. On October 13, 2015, this Court issued its Case Management Scheduling Order, setting a trial date of October 11, 2016 and establishing deadlines for various pretrial activities, including mediation.

The Parties went through a mediation before mediator Andre Hassid on December 22, 2015. Although the case did not settle at the mediation, the Parties did narrow their differences. Settlement discussions continued after the mediation, resulting in a settlement in principle reached on January 25, 2016, as to all claims and all parties. The Parties are now reducing their settlement to a written agreement, a draft of which is under discussion.

In light of the foregoing, Plaintiffs and Defendant respectfully request that the next Case Management Conference, currently scheduled for February 10, 2016 be continued until March 9, 2016, or the soonest date thereafter available to the Court.

Dated: February 5, 2016            LEWIS BRISBOIS BISGAARD & SMITH LLP

                                   By   /s/ Roger S. Raphael
                                   JULIAN J. PARDINI
                                   ROGER S. RAPHAEL
                                   Attorneys for Defendant
                                   TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

Dated: February 5, 2016            GCA LAW PARTNERS LLP

                                   By   /s/ Kathryn C. Curry
                                   KATHRYN C. CURRY
                                   E. DAVID MARKS
                                   Attorneys for Plaintiffs
                                   THE NORTHERN CALIFORNIA GOLF ASSOCIATION and POPPY HOLDINGS, INC.

**CASE MANAGEMENT ORDER**

The above CASE MANAGEMENT STATEMENT AND PROPOSED ORDER is approved as the CASE MANAGEMENT ORDER for this case. The Case Management Conference is continued until _____. [In addition, the Court makes the further orders stated below:]

**IT IS SO ORDERED.**

Dated: _____

UNITED STATES DISTRICT COURT JUDGE