**GCA LAW PARTNERS LLP**
KATHRYN C. CURRY (SBN 157099)
E. DAVID MARKS (SBN 135678)
2570 W. EL Camino Real, Ste 510
Mountain View, CA  94040
Telephone:     (650) 428-3900
Facsimile:      (650) 428-3901
Email:             kcurry@gcalaw.com

Attorneys for Plaintiffs
THE NORTHERN CALIFORNIA GOLF
ASSOCIATION and POPPY HOLDING INC.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JULIAN J. PARDINI (SBN 133878)
  Email: Julian.Pardini@lewisbrisbois.com
ROGERS. RAPHAEL, SB# 111946
  Email: Roger.Raphael@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE NORTHERN CALIFORNIA GOLF ASSOCIATION; POPPY HOLDING, INC., <br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendants. | CASE NO.  15-cv-03273-NC<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

- 1 -

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED ORDER] – CASE NO. 15-CV-03273-NC**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs The Northern California Golf Association and Poppy Holding, Inc. and Defendant Travelers Casualty and Surety Company of America, stipulate and agree, by and through their respective attorneys of record, that the above-referenced action is hereby dismissed with prejudice. The parties to bear their own respective attorneys' fees and costs of suit.

**SO STIPULATED.**

Dated:  March 1, 2016         GCA LAW PARTNERS LLP

By: /s/ Kathryn C. Curry
    KATHRYN C. CURRY
    E. DAVID MARKS
    Attorneys for Plaintiffs
    THE NORTHERN CALIFORNIA GOLF
    ASSOCIATION AND POPPY
    HOLDING INC.

Dated: March 1, 2016          LEWIS BRISBOIS BISGAARD
                                  & SMITH LLP

By: ___/s/ Roger S. Raphael_____
    ROGER S. RAPHAEL
    JULIAN J. PARDINI
    Attorneys for Defendant
    TRAVELERS CASUALTY AND
    SURETY COMPANY OF AMERICA

**IT IS SO ORDERED.**

DATED: _____, 2016

_____
Honorable Nathanael Cousins
U.S. Magistrate Judge

- 2 -

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED ORDER]—CASE NO. 15-CV-03273-NC**